**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | Case No. 07-10042-20-JTM |
| | ) | |
| **CALVIN WILLIAMS,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## UNITED STATES' MOTION TO DISMISS

Comes now the United States of America, by and through Debra L. Barnett, Assistant United

States Attorney, and moves this Court to dismiss, with prejudice, Counts 28 and 29 of the Fifth

Superseding Indictment filed in this case against the above named defendant on September 16, 2008.

WHEREFORE, the United States respectfully requests that the Court dismiss Counts 28 and

29 of the Fifth Superseding Indictment filed in the above-captioned case with prejudice.

Respectfully Submitted,

LANNY D. WELCH
United States Attorney

s/ Debra L. Barnett
DEBRA L. BARNETT
Ks. S.Ct. No. 12729
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (FAX)
debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Robin Fowler, Attorney for Defendant.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney