IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF KANSAS

THE UNITED STATES OF AMERICA,

             Plaintiff,

v.                                           Case No. 07-10142-20-JTM

CALVIN WILLIAMS,

             Defendant.

                        MEMORANDUM AND ORDER

The court has before it defendant Calvin Williams's Motion for Clarification (Dkt. 1804). Williams asks the court to clarify what it meant when the court pronounced he would receive credit for all time served.

When Williams was arrested for the offense in this case, he was on supervised release for a prior conviction. His arrest in this case triggered a six-month term in prison for violating his supervised release restrictions. The court points out that it cannot determine time for credit; that is a function of the Bureau of Prisons. However, having received communications from the Bureau, the court can relay that Williams will not receive credit for the time he served in pretrial detention in this case if the days were credited to his six-month term for violating supervised release. This would only be allowed if the court had ordered Williams's sentence in this case to run concurrently with this six-month term, which the court did not do. By the date Williams was sentenced, the Bureau says, his six-month sentence had already been served. Presumably, this means that Williams will receive credit for the time he served between the end of his six-month sentence and his sentencing date in this case.

IT IS THEREFORE ORDERED this 23rd day of December, 2013, that Williams's Motion for Clarification (Dkt. 1804) is granted.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE